# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIONA NICHOLS,<br><br>    *Plaintiff(s),*<br><br>v.<br><br>JOSEPH OSEI, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br><br>NO. 22-4613 |

## ORDER

**AND NOW**, this 29th day of August 2023, upon consideration of the City of Philadelphia's Motion to Dismiss (ECF 13) and Nichols's Response (ECF 16), it is hereby **ORDERED** that the Motion is **DENIED** with respect to Count I and **GRANTED** with respect to Count IV, which is **DISMISSED with prejudice**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.